

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2014

No. 04-14-00084-CV

Vanessa Jordan **HARWOOD**, William Crosby Harwood, and Donna Harwood,
Appellants

v.

**GUADALUPE-BLANCO RIVER AUTHORITY**,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-0134-CV-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Sitting:    Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

It is so **ORDERED** on June 12, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court